# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-2628
_____

United States of America

*Plaintiff - Appellee*

v.

Paul Stanley Bradshaw

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of North Dakota
_____

Submitted: April 6, 2022
Filed: April 11, 2022
[Unpublished]
_____

Before KELLY, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Paul Bradshaw appeals the district court's[1] order denying his motion for a sentence reduction under Section 404 of the First Step Act. Following careful review,

_____

[1]The Honorable Peter D. Welte, Chief Judge, United States District Court for the District of North Dakota.

see <u>United States v. McDonald</u>, 944 F.3d 769, 771 (8th Cir. 2019) (individual's eligibility for reduced sentence under First Step Act is reviewed de novo), we agree with the district court that Bradshaw, who was sentenced to 200 months in prison under 21 U.S.C. § 841(b)(1)(C), was ineligible for the relief he sought, <u>see</u> <u>Terry v. United States</u>, 141 S. Ct. 1858, 1862-63 (2021) (because Fair Sentencing Act did not modify statutory penalties for § 841(b)(1)(C), conviction under that section is not a "covered offense" for purposes of First Step Act sentence-reduction eligibility).  The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____